Maria-Costanza Barducci
BARDUCCI LAW FIRM
PLLC
5 West 19th Street, 10th
Floor New York, New York

10011 Telephone: 212-433-2554

**June 17, 2024**

Honorable Jennifer L. Rochon
U.S. Magistrate Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

*Re:* *Alexander Gomez vs. Cirlio Lozada, et al.*
*Civil Action No.:* *1:24-cv-03020-JLR*
*Motion to Adjourn*

> The requested extension of the deadlines stated in ECF No. 7 is GRANTED. The parties' joint letter is now due **July 29, 2024**.
>
> Dated: June 17, 2024
>       New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> _____
> **JENNIFER L. ROCHON**
> **United States District Judge**

Dear Honorable District Judge Rochon,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's April 24, 2024 Scheduling Order [at DE#7], the Parties are required to confer within 30 days of the Service of Summons and to file a joint status letter with the Court requesting either Settlement Conference or otherwise to proceed with the Initial Conference.

Foremost, the Plaintiff wishes to apprise Your Honor that as of this time, neither Defendant has appeared yet in this action, despite the effectuation of Service upon the Secretary of the State as to **Amigos Restaurant, Inc** on May 3, 2024 and there answer now being past due since May 24th [see DE#8], the Plaintiff would request an extension of time to confer with the Defendants given their failure to appear. Therefore, the Plaintiff submits that the grounds are appropriate for an adjournment of the initial conference and the requisite ancillary fillings therewith.

Furthermore, it has recently come to the Plaintiff's attention that Service of the individual Defendant, a one *Cirlio Lozada* is still underway due to a complication in the service address, and that the Plaintiff's Process Server is still working to locate and effectuate service on said individual Defendant. Thereon, and for these reasons, Plaintiff requests a 40-day extension of time adjourning the initial status conference and its associated deadlines under the Court's discretion of course.

Finally, the Plaintiff additionally intends on serving notice letters of civil action, and appending the Complaint, directly upon the public accommodation in the coming days, and submits that should the Court allow, the Plaintiff will move for a Clerk Certificate of Default within the next few weeks against the corporate Defendant should they continue to flout the Court's jurisdiction.

Thank you for your time in considering this request.

Most Respectfully,

BARDUCCI LAW FIRM PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only