```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Gomez,

                Plaintiff,

-against-

Cirlio Lozada and Amigos Restaurant, Inc.,

                Defendants.

1:24-cv-03020 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's second motion for default judgment ("Second Motion"). (ECF No. 34.) In its January 6, 2025 Order (ECF No. 33), the Court directed Plaintiff to serve his Second Motion and a copy of the January 6 Order on Defendant Amigos Restaurant, Inc. ("Amigos") and file proof of service on the docket no later than February 4, 2025. However, no such proof of service was filed by February 4. It is hereby ORDERED that, no later than Tuesday, February 11, 2025, Plaintiff shall serve the motion papers, the January 6 Order and a copy of this Order on Amigos and file proof of service on the docket.

Amigos shall send to Plaintiff's counsel and file with the Court its response, if any, to Plaintiff's submissions no later than Thursday, February 27, 2025. Upon receipt of any response from Amigos, Plaintiff's counsel shall promptly file such response to the ECF docket.

**SO ORDERED.**

Dated:     New York, New York
           February 10, 2025

_____
STEWART D. AARON
United States Magistrate Judge