UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                    Plaintiff,

        -against-

CIRLIO LOZADA, et al.,

                  Defendant.

Case No. 1:24-cv-03020 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties are HEREBY ORDERED to appear before the Court on **February 27, 2026** at **3:30 p.m**. for a post-discovery pretrial conference.  No later than one week before the conference, the parties are to submit a joint two-page letter updating the Court on the status of the case, including but not limited to whether efforts have been made to settle the action.  This conference will either serve as a premotion conference if the parties submit premotion letters (in the event that any party intends to move for summary judgment, *see* Section 3.I of the Court's Individual Rules and Practices in Civil Cases) or will be used to set a trial date and dates for pretrial submissions.

Dated:  January 9, 2026
       New York, New York

                                   SO ORDERED.

                                   *Jennifer Rochon*

                                   JENNIFER L. ROCHON
                                   United States District Judge