Request GRANTED. The post-discovery pretrial conference scheduled for February 27, 2026 is ADJOURNED until **April 14, 2026** at **2:30 p.m.** No later than one week before the conference, the parties are to submit a joint two-page letter updating the Court on the status of the case, including but not limited to whether efforts have been made to settle the action. This conference will either serve as a premotion conference if the parties submit premotion letters (in the event that any party intends to move for summary judgment, see Section 3.I of the Courts Individual Rules and Practices in Civil Cases) or will be used to set a trial date and dates for pretrial submissions.

Date:   February 20, 2026
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**February 17, 2026**

Honorable Jennifer L. Rochon
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> **Re:    *Alexander Gomez v. Cirlio Lozada et al***
> ***Civil Action No.: 24-cv-03020-JLR-SDA***
> ***Letter Motion To Adjourn Conference [In RE: DE#55]***

Dear Honorable Judge Rochon,

       We represent Plaintiff in the above-styled action.

       Pursuant to the Court's January 9, 2026 Order [DE#55], the Parties are required to participate in the upcoming post-discovery conference, scheduled for February 27, 2026. Foremost, the Plaintiff is inclined to inform the Court that the parties have been partaking in good faith settlement negotiations, and are confident that this matter is on the cusp of a settlement in principle.

       Thereon, the parties jointly, would respectfully request that the Court adjourn the conference and the associated filing deadlines in the furtherance of judicial economy, and given the settlement discussions, this matter in all probability will be settled out of court in the near future. For these reasons, the parties would request a forty-five day adjournment of the upcoming conference, at Your Honor's sagacious discretion of course, and permit the parties to finalize their final resolution in extended negotiations.

       Thank you for your time in considering this request.

                   Most Respectfully,

                   BARDUCCI LAW FIRM

                   PLLC

                   Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only