UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                              Plaintiff,

          -against-

AMIGOS RESTAURANT, INC.,

                              Defendant.

Case No. 1:24-cv-03020 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given that neither party submitted a letter indicating an intent to move for summary judgment by the scheduled deadline of April 7, 2026, IT IS HEREBY ORDERED that the bench trial in this action shall commence on **June 15, 2026,** at **9:00 a.m.** in Courtroom 20B of the DPM United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties shall submit their Joint Pretrial Order and other required pretrial submissions for non-jury trials required by the Court's Individual Rules, no later than **May 4, 2026.**  The parties shall file any opposition to any motions *in limine* no later than **May 11, 2026.**

IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on **June 8, 2026**, at **2:30 p.m.** in the aforementioned courtroom.

The post-discovery pretrial conference scheduled for April 14, 2026, at 2:30 p.m. is HEREBY ADJOURNED.

Dated:  April 8, 2026
          New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              _____
                              JENNIFER L. ROCHON
                              United States District Judge